JOHN W. HUBER, United States Attorney (#7226)
CAROL A. DAIN, Assistant United States Attorney (#10065)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: carol.dain@usdoj.gov

FILED
U.S. DISTRICT COURT
2015 NOV 10  3: 19
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHARLES KIRK HELQUIST, <br><br> Defendant. | INDICTMENT <br><br> VIOLATIONS: <br> Count 1:  18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm; <br> Count 2:  18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition. |

SEALED

Case: 2:15-cr-00667
Assigned To : Waddoups, Clark
Assign. Date : 11/10/2015
Description: USA v.

The Grand Jury Charges:

## COUNT I
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about September 4, 2015, in the Central Division of the District of Utah,

CHARLES KIRK HELQUIST,

defendant herein, having been convicted of a crime punishable by imprisonment for more than one year, did knowingly possess, in and affecting interstate commerce, a firearm, to wit: a Browning A-Bolt .270 caliber rifle; all in violation of 18 U.S.C. § 922(g)(1).

## COUNT II
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm and Ammunition)

On or about October 17 through 18, 2015, in the Central Division of the District of Utah,

CHARLES KIRK HELQUIST,

defendant herein, having been convicted of a crime punishable by imprisonment for more than one year, did knowingly possess, in and affecting interstate commerce, a firearm and ammunition, to wit: a Browning A Bolt 25-06 caliber rifle and 25-06 Remington RP rifle ammunition; all in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

_____
CAROL A. DAIN
Assistant United States Attorney